**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO WHEELER, | Case No.: 2:24-cv-00788-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Setting Deadline for Amended Complaint** |
| v. | |
| MARSHALS POLICE DEPARTMENT, et al., | [ECF No. 16] |
| Defendants | |

On January 31, 2025, Magistrate Judge Weksler recommended that plaintiff Antonio Wheeler's complaint be dismissed with leave to amend by March 3, 2025. ECF No. 16. Wheeler did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 16) is accepted, and plaintiff Antonio Wheeler's complaint (ECF No. 1-1) is dismissed without prejudice.

I FURTHER ORDER that the deadline for plaintiff Antonio Wheeler to file an amended complaint is March 3, 2025.

DATED this 20th day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE