UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER,<br><br>    Plaintiff<br><br>v.<br><br>MARSHALS POLICE DEPARMTENT, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00788-APG-BNW<br><br>**Order** |

I previously accepted Magistrate Judge Weksler's recommendation to dismiss plaintiff Antonio Wheeler's complaint with leave to amend after Wheeler did not object. ECF Nos. 16; 18. I set a March 3, 2025 deadline for Wheeler to file an amended complaint. ECF No. 18 at 1. Wheeler then filed a document entitled "objection amending complaint dismiss wrongful arrest and false imprisonment." ECF No. 19. Although the filing is not entirely clear, it appears that Wheeler would like to amend his complaint. *Id.* at 1. I construe this as a request for additional time to file an amended complaint, which I grant.

I THEREFORE ORDER that plaintiff Antonio Wheeler has until March 28, 2025 to file an amended complaint. To assist Wheeler in amending, I ORDER the clerk of court to send Wheeler the approved form for filing a 42 U.S.C. § 1983 complaint, instructions for the same, and courtesy copies of his complaint (ECF No. 1-1) and Magistrate Judge Weksler's order (ECF No. 16). I advise Wheeler that failure to file an amended complaint by March 28, 2025 will result in this case being dismissed without prejudice.

DATED this 6th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE