**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO WHEELER, | Case No.: 2:24-cv-00788-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| MARSHALS POLICE DEPARTMENT, et al., | [ECF Nos. 24, 25] |
| Defendants | |

On March 16, 2026, Magistrate Judge Weksler recommended that this case be dismissed. ECF No. 24. Antonio Wheeler filed an omnibus motion in this and several other cases seeking to extend some undisclosed time frame and to reopen closed cases. ECF No. 25. I will treat that motion as an objection to Judge Weksler's recommendation.

I have conducted a de novo review of the issues set forth in Judge Weksler's Report and Recommendation under Local Rule IB 3-2. Wheeler's objection does not rebut Judge Weksler's findings or conclusions, or offer any reason why I should not accept her recommendation. Judge Weksler's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 24) is accepted and this case is DISMISSED without prejudice. The clerk of the court shall enter Judgment accordingly.

DATED this 23rd day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE